UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAKERAM SINGH,<br><br>        Plaintiff,<br><br>-against-<br><br>WALGREEN COMPANY d/b/a WALGREENS,<br><br>        Defendant. | Case No. 1:24-cv-05862 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons stated on the record on May 1, 2025, Defendant's motion to dismiss is DENIED. The parties are directed to appear before the Court for an initial pretrial conference on **June 6, 2025 at 2:00 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, and to submit their joint pretrial letter and proposed case-management plan at least seven days beforehand in accordance with the Court's Individual Rules of Practice in Civil Cases. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 20.

Dated: May 1, 2025
   New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge